**TRIVETTS TESTED SEEDS, INC., a corporation, v. ISLAND LAND-SCAPE CO. INC., a corporation.**

16 So. (2nd) 342                      January Term, 1944
January 25, 1944                      Special Division A

*Harry Goodmark,* for appellant.
*William Q. Cain,* for appellee.

PER CURIAM:

The appeal brings for review order granting a new trial in an action wherein plaintiff recovered judgment against the defendant. The preponderance of the evidence and the weight of the evidence was manifestly contrary to the conclusion reached by the jury. Therefore, the order granting a new trial was without error.

The order is affirmed.

So ordered.

BUFORD, C. J., CHAPMAN, THOMAS and ADAMS, JJ., concur.